## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BASHIR GHALAAB, Detainee, Guantánamo Bay Naval Base, Guantánamo Bay, Cuba,<br><br>Petitioner,<br><br>– vs –<br><br>GEORGE W. BUSH, President of the United States of America and ROBERT M. GATES, Secretary of Defense of the United States of America,<br><br>Respondents.<br><br>Both sued in their official capacities. | § § § § § § § § § § § § § § § § § § § | Civil Action No. _____ |

## PETITION FOR WRIT OF HABEAS CORPUS

Petitioner Bashir Ghalaab, a citizen of Algeria, wrongly designated as an "enemy combatant" by the President of the United States, is being held as a prisoner at Guantanamo Naval Base, without basis, without charge, without access to any fair process, by color and authority of the Executive, and in violation of the Constitution, laws, and treaties of the United States. Accordingly, this Court should issue a writ of habeas corpus.

1

## PARTIES

1.      Petitioner Ghalaab ("Petitioner" or "Ghalaab") has sometimes been referred to by the United States Government ("Government") as Hassan Mujamma Rabai Said.  His true name is Bashir Ghalaab.  He has been designated by the Government as ISN 175.  Ghalaab previously filed a Petition for Relief Under Detainee Treatment Act of 2005 in the United States Court of Appeals for the District of Columbia, an action that remains pending as No. 08-1064.

2.      Ghalaab has expressly authorized the undersigned attorneys to represent him and bring this action on his behalf.

3.      Respondent George W. Bush is the President of the United States.  He is sued solely in that capacity.  As President and Commander-in-Chief of the United States Armed Forces, he is ultimately responsible for Ghalaab's detention.

4.      Respondent Robert M. Gates is Secretary of the Department of Defense for the United States, and he is sued solely in that capacity.  He has been charged with responsibility for maintaining the custody and control of Petitioner.

## JURISDICTION

5.      Petitioner brings this action under 28 U.S.C. §§ 2241(c)(1) and (3), 2242, and 1331, and invokes this Court's jurisdiction under 28 U.S.C. §§ 1331, 1651, 2201, and 2202, and Articles I, II, and III of, and the Fifth, Sixth, and Eighth Amendments to, the United States Constitution.

2

6.    Pursuant to the recent decision by the United States Supreme Court in *Boumediene v. Bush*, __ U.S. __, (No. 06-1195, Decided June 12, 2008), prisoners at Guantanamo like Petitioner have the right to petition this Court for a writ of habeas corpus.

## STATEMENT OF FACTS

7.    This petition is prepared on unclassified information.    The Government has yet to disclose any classified information or to provide records of the Combatant Status Review Tribunal ("CSRT") proceeding or any Administrative Review Board ("ARB") proceedings involving Petitioner.

8.    Petitioner was seized by Pakistani authorities in December 2001, and, upon information and belief, was sold by the Pakistani authorities to the United States.

9.    Petitioner was taken by the Government to Kandahar, Afghanistan for approximately 4 months, before he was moved to Guantanamo in or around early May 2002.    Thus, he has been in custody for over 6 ½ years, and has spent over 6 of those years imprisoned at Guantanamo.

10.    Petitioner has been accused of working with Al Qaeda.    The Government claims he was a bodyguard for Usama bin Ladin, that he hid in the Tora Bora Mountains of Afghanistan, and that he supplied ammunition to Al Qaeda while there.    Petitioner denies all of these accusations.

365704

11.    Petitioner has never been a member of or supported Al Qaeda in any way. He has never been a member of or supported the Taliban in any way. He has wrongly and falsely been designated an "enemy combatant." He is a civilian.

12.    Petitioner has never committed any violent act against any American person or property.

13.    Petitioner has not been charged with any offense. He has never been notified of the alleged evidence that serves as the basis for his detention.

14.    Petitioner has been subjected to harsh and illegal interrogation by the Government. Alleged "evidence" from Petitioner or from other prisoners gathered as a result of torture or other illegal interrogation has no value and should not be considered.

15.    Petitioner has not enjoyed the protections of the Geneva Conventions and customary international law.

## FIRST CLAIM

16.    Petitioner's seizure and detention at Guantanamo exceeds the Executive's authority under, and is in violation of, the U.S. Constitution.

17.    Petitioner is entitled to a writ of habeas corpus, requiring the Government to release him. Petitioner seeks such other declaratory and injunctive relief as may be necessary to secure this relief.

365704

## SECOND CLAIM

18.    By seizing, detaining, and harshly interrogating Petitioner, Respondents have acted and continue to act in violation of the Geneva Conventions, other treaties ratified by the United States, and customary international law.

19.    Petitioner seeks all appropriate declaratory and injunctive relief to prevent further violations of international law and to guarantee that Petitioner will be treated humanely.

## OTHER RELIEF SOUGHT

20.    Petitioner seeks an immediate order from the Court requiring Respondents to promptly provide a factual return, setting forth in detail all reasons why Petitioner was and continues to be detained.

21.    Petitioner further seeks an order requiring Respondents to provide Petitioner's counsel with 30 days notice of any transfer of Petitioner from Guantanamo to any other place.

Therefore, Petitioner Bashir Ghalaab prays that this Court issue a writ of habeas corpus, requiring Respondents to release him forthwith, and that the Court award such other and further relief, both legal and equitable, to which he may be justly entitled.

365704

Respectfully submitted,

Murray Fogler
Texas State Bar No. 07207300
One Houston Center
1221 McKinney Street, Suite 4500
Houston, Texas 77010-2010
713.951.3700
713.951.3720 (Fax)

**ATTORNEY-IN-CHARGE**
**FOR PETITIONER**
**BASHIR GHALAAB**

**OF COUNSEL:**

Russell S. Post
Texas State Bar No. 00797258
**BECK, REDDEN & SECREST, LLP**
One Houston Center
1221 McKinney Street, Suite 4500
Houston, Texas 77010-2010
713.951.3700
713.951.3720 (Fax)

6

365704

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Petition for Writ of Habeas Corpus was served upon the following on June 24, 2008, as follows:

Jeffrey Clair
Barbara Biddle
U.S. Department of Justice
Civil Division/Appellate Staff
20 Massachusetts Avenue, NW, Room 6120
Washington, D.C.  20530
*Federal Express*

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Room 6120
Washington, D.C. 20530
*Federal Express*

_____
**MURRAY FOGLER**

7

365704

## VERIFICATION

COUNTY OF HARRIS    §
                                §

STATE OF TEXAS      §

      I, MURRAY FOGLER, counsel to Petitioner Bashir Ghalaab, and an attorney in good standing of the State of Texas, hereby affirm under penalty of perjury that, to the best of counsel's knowledge, the facts set forth in this Petition are true and correct.

_____
**MURRAY FOGLER**

      SUBSCRIBED AND SWORN TO before me on this the 24th day of June, 2008.

SUSAN M. CURRY
MY COMMISSION EXPIRES
December 15, 2008

_____
**NOTARY PUBLIC**

365704

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BASHIR GHALAAB, Detainee, Guantánamo Bay Naval Base, Guantánamo Bay, Cuba, | § § § § | |
| Petitioner, | § § § | Civil Action No. _____ |
| – vs – | § § | |
| GEORGE W. BUSH, President of the United States of America and ROBERT M. GATES, Secretary of Defense of the United States of America, | § § § § § § | |
| Respondents. | § § § | |
| Both sued in their official capacities. | § | |

## CERTIFICATION OF REPRESENTATION
## WITHOUT COMPENSATION

Counsel for Petitioner Bashir Ghalaab, Detainee, Guantánamo Bay Naval Base, Guantánamo Bay, Cuba, certifies, pursuant to L.Cv.R. 83.2(g), that he is representing Petitioner without compensation.

1

Respectfully submitted,

Murray Fogler
Texas State Bar No. 07207300
One Houston Center
1221 McKinney Street, Suite 4500
Houston, Texas 77010-2010
713.951.3700
713.951.3720 (Fax)

**OF COUNSEL:**

Russell S. Post
Texas State Bar No. 00797258
**BECK, REDDEN & SECREST, LLP**
One Houston Center
1221 McKinney Street, Suite 4500
Houston, Texas 77010-2010
713.951.3700
713.951.3720 (Fax)

**ATTORNEY-IN-CHARGE
FOR PETITIONER
BASHIR GHALAAB**

2

365775

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Certification of Representation Without Compensation was served upon the following on June 24, 2008, as follows:

Jeffrey Clair
Barbara Biddle
U.S. Department of Justice
Civil Division/Appellate Staff
20 Massachusetts Avenue, NW, Room 6120
Washington, D.C.  20530
*Federal Express*

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Room 6120
Washington, D.C. 20530
*Federal Express*

**MURRAY FOGLER**

3

365775

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| BASHIR GHALAAB, Detainee, Guantanamo Bay Naval Base, Guantanamo Bay, Cuba | GEORGE W. BUSH, President of the USA and ROBERT M. GATES, Secretary of Defense of the USA |

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| Murray Fogler   (713.951.3700)<br>Beck, Redden & Secrest, LLP<br>One Houston Center<br>1221 McKinney, Suite 4500<br>Houston, Texas 77010 | Andrew I. Warden, Trial Attorney  (202.616.5084)<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, NW, Room 6120<br>Washington, D.C. 20530 |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
● 2 U.S. Government Defendant
○ 3 Federal Question (U.S. Government Not a Party)
○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**○ A. Antitrust**

☐ 410 Antitrust

**○ B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**○ C. Administrative Agency Review**

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**○ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**○ E. General Civil (Other)        OR        ○ F. Pro Se General Civil**

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ **G. Habeas Corpus/ 2255** | ○ **H. Employment Discrimination** | ○ **I. FOIA/PRIVACY ACT** | ○ **J. Student Loan** |
|---|---|---|---|
| ☒ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ **K. Labor/ERISA (non-employment)** | ○ **L. Other Civil Rights (non-employment)** | ○ **M. Contract** | ○ **N. Three-Judge Court** |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

○ 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Petition for Habeas Corpus (28 USC §2441, et seq) for unlawful detention alleging violations of constitutional rights.

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23   DEMAND $ _____   Check YES only if demanded in complaint
JURY DEMAND:   YES ☐   NO ☒

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☒   NO ☐   If yes, please complete related case form.

DATE  06/24/2008   SIGNATURE OF ATTORNEY OF RECORD  _[signature]_

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.