IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BASHIR GHALAAB, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 08-CV-1104 (CKK) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) ) | |

## NOTICE OF APPEARANCE

Please take notice of the appearance of the following counsel on behalf of respondents:

> JUDRY L. SUBAR
> U.S. Department of Justice
> Civil Division
> Federal Programs Branch
> Room 7342
> 20 Massachusetts Ave., N.W.
> Washington, D.C. 20530
> 202-514-3969

Dated: July 1, 2008					Respectfully submitted,

							GREGORY KATSAS
							Acting Assistant Attorney General

							DOUGLAS N. LETTER
							Terrorism Litigation Counsel

    /s/ *Judry L. Subar*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
TERRY M. HENRY
ANDREW I. WARDEN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC  20044
Tel:  (202) 514-3969

Attorneys for Respondents